THE HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUMA ORCHARDS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AGROFRESH, INC., a foreign corporation, d/b/a SMARTFRESH, and E.W. BRANDT & SONS, INC., a Washington corporation,<br><br>    Defendants. | NO. CV-08-5001-LRS<br><br>ORDER<br>REMANDING CAUSE |

THIS MATTER having come on before the court on the written stipulation of the parties by their respective attorneys of record for remand of the cause to the Superior Court of the State of Washington, County of Franklin,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this

ORDER REMANDING CAUSE
Page 1
659034

cause is remanded to the Superior Court of the State of Washington, County of Franklin.

DATED this 17th day of April, 2008.

s/Lonny R. Suko

HONORABLE LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER REMANDING CAUSE
Page 2
659034

Jeffers, Danielson, Sonn & Aylward, P.S.
Attorneys at Law
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX